*George F. Barrett* for petitioner. *Floyd J. Stuppi, R. S. Outlaw* and *Thomas J. Barnett* for respondents.

No. 569. BEVERAGE, ADMINISTRATOR, ET AL. *v.* FARM BUREAU MUTUAL AUTOMOBILE INSURANCE Co. C. A. 4th Cir. Certiorari denied. *Joseph A. Fanelli, H. G. Muntzing* and *Glenn W. Ruebush* for petitioners. *Wayt B. Timberlake, Jr.* and *Robert Lewis Young* for respondent.

No. 576. L. N. JACKSON & Co., INC. *v.* ROYAL NORWEGIAN GOVERNMENT. C. A. 2d Cir. Certiorari denied. *Copal Mintz* for petitioner. *James McKown, Jr.* for respondent.

No. 494. SCHOEPS *v.* CARMICHAEL, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Landon, present District Director, substituted for Carmichael. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Israel Convisser* for respondent.

No. 517. COHEN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioners *pro se.* *Solicitor General Perlman, James M. McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 578. WALSH *v.* WALSH. Supreme Court of Louisiana. Certiorari denied. *Alvin L. Newmyer, David G. Bress* and *Sheldon E. Bernstein* for petitioner. *Sidney L. Herold* for respondent.